| | |
|---|---|
| 1 | DANIEL J. WEINBERG (STATE BAR NO. 227159) |
| | dweinberg@orrick.com |
| 2 | ELIZABETH MCBRIDE (STATE BAR NO. 260577) |
| | emcbride@orrick.com |
| 3 | MORVARID METANAT (STATE BAR NO. 268228) |
| | mmetanat@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 5 | Menlo Park, CA  94025 |
| | Telephone:    +1-650-614-7400 |
| 6 | Facsimile:     +1-650-614-7401 |

Attorneys for Defendant
VERNA LIN.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT B. YEE, an individual, | Case No.  C-12-02474-JCS |
| Plaintiff, | **JOINT STIPULATION REGARDING CONTINUING DEADLINE FOR DEFENDANT VERA LIN'S RESPONSE TO COMPLAINT** |
| v. | |
| VERNA LIN and DOES 1-5, | Courtroom: G, 15th Floor |
| Defendant. | Judge:       Hon. Joseph C. Spero |

Plaintiff Robert B. Yee ("Yee" or "Plaintiff"), on the one hand, and Defendant Verna Lin ("Defendant" or "Lin"), on the other hand, through their respective counsel, HEREBY STIPULATE and AGREE as follows:

WHEREAS, Plaintiff filed his Complaint ("Complaint") against Defendant in the Northern District of California on May 15, 2012;

WHEREAS, Defendant was served with the Complaint on May 25, 2012.

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a), Defendant's response to the Complaint is presently due no later than June 15, 2012;

WHEREAS, Plaintiff and Defendant have agreed to a fourteen (14) day extension of the deadline for Defendant to respond to the Complaint, from June 15, 2012 to June 29, 2012;

NOW THEREFORE, the parties have agreed and stipulated, through their respective counsel of record, as follows:

(a) Pursuant to L.R. 6-1(a), Defendant's time to respond to the Complaint shall be continued by fourteen (14) days;

(b) Defendants' response to the Complaint shall be due on or before June 29, 2012.

Dated: June 13, 2012                         HOWARD L. SMUKLER

By: */s/ Howard L. Smukler /s/*
HOWARD L. SMUKLER
Attorneys for Plaintiff
ROBERT B. YEE

Dated: June 13, 2012                         ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Morvarid Metanat /s/*
MORVARID METANAT
Attorneys for Defendant
VERNA LIN

- 1 -

STIPULATION TO CONTINUE DEFENDANT'S RESPONSE TO COMPLAINT
C 12-02474-JCS

1  **Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of
2  perjury that concurrence in the filing of the document has been obtained from its signatory.

3
4  Dated: June 13, 2012               Respectfully submitted,
5
6                                     _/s/ Morvarid Metanat /s/_
                                      MORVARID METANAT
7
8
9  Dated: June 15, 2012

IT IS SO ORDERED
Judge Joseph C. Spero