IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT B. YEE,

    Plaintiff,

  v.

VERNA LIN,

    Defendant.

                               /

No. C 12-02474 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

    Defendant Verna Lin filed a motion to dismiss on July 2, 2012. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition thereto was due on July 16. None was filed. Plaintiff is hereby **ORDERED TO SHOW CAUSE** why the action should not be dismissed for failure to oppose. Plaintiff must file a written response to this order by **NOON ON JULY 23, 2012.** The motion hearing previously set for August 9, 2012, is hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated: July 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE