IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT B. YEE,

    Plaintiff,

  v.

VERNA LIN, and DOES 1–5,

    Defendants.
                             /

No. C 12-02474 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court **GRANTS** a continuance of the case management conference to **SEPTEMBER 20, 2012, AT 8:00 A.M.**

    **NO FURTHER CONTINUANCE WILL BE ALLOWED.**

    **IT IS SO ORDERED.**

Dated: August 3, 2012.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE