IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT B. YEE,

    Plaintiff,

  v.

VERNA LIN, and DOES 1–5,

    Defendants.

                              /

No. C 12-02474 WHA

**AMENDED ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

The Court **SETS** a 3-1/2 hour meet-and-confer on defendant's discovery dispute as outlined in her letter of October 15, 2012, starting from **7:30 A.M. UNTIL 11:00 A.M. ON *MONDAY, OCTOBER 22*,** in the Court's jury room located on the 19th Floor of the federal courthouse. At 11:00 a.m., the Court shall hear any unresolved issue(s) in Courtroom No. 8. Plaintiff's response is due by 9:00 a.m. on October 19. Please buzz chambers to be let into the jury room at 7:30 a.m.

Please note that only those lawyers who participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: October 16, 2012.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE