**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT B. YEE,

    Plaintiff,

v.

VERNA LIN,

    Defendant.

    /

No. C 12-02474 WHA

**NOTICE RE HEARING ON DISCOVERY DISPUTE**

The Court has been advised that the discovery dispute referenced in Docket Number 40 has been resolved. Consequently, no hearing will be held.

**IT IS SO ORDERED.**

Dated: October 22, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE